FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

March 22, 2021

No. 04-20-00213-CV

**CITY OF SAN ANTONIO** and Erik Walsh,
Appellant

v.

**SAN ANTONIO PARK POLICE OFFICERS ASSOCIATION**, Henry Bassuk and Rogelio Tamez,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-18334
Honorable Aaron Haas, Judge Presiding

# O R D E R

Appellees' response to appellants' post-argument letter brief was due by March 18, 2021. On March 19, 2021, appellees filed an unopposed motion requesting an additional two day extension of time to file their response. After consideration, we **GRANT** the motion and **ORDER** appellees to file their response **by March 22, 2021.**

It is so **ORDERED** March 22, 2021.

**PER CURIAM**

ATTESTED TO: _____
MICHAEL A. CRUZ,
CLERK OF COURT